| 213 | 135 |
| 216 | 181 |
| s217 | 321 |

---

# Jones *v.* Weir, Appellant.

*Equity—Equity practice—Failure to find facts—Receiver.*

The Supreme Court will reverse a decree of the court of common pleas appointing a receiver where the court below made no findings of the facts upon which the decree was based.

Argued Oct. 31, 1905. Appeal, No. 274, Jan. T., 1905, by defendant, from decree of C. P. York Co., Aug. T., 1905, No. 2, appointing a receiver in case of Simeon M. Jones v. Thomas Weir. Before MITCHELL, C. J., FELL, BROWN, MESTREZAT, POTTER, ELKIN and STEWART, JJ. Reversed.

Bill in equity for an injunction and a receiver. Before BITTENGER, P. J.

From the record it appeared that the court entered a decree appointing a receiver without any findings of fact or opinion filed.

*Error assigned* was the decree of the court appointing a receiver.

*N. Sargent Ross*, of *Ross & Brenneman*, with him *Thomas H. Greevy*, for appellant.

*Edward B. Scull*, with him *George E. Neff* and *Henry C. Niles*, for appellee.

PER CURIAM, November 4, 1905 :

The court below made no findings of fact, and there is therefore nothing of record to sustain its decree. This is a plain disregard of the equity rules, and if we should consider the merits of the case in its present condition we should be obliged to examine the evidence in detail, make the findings of fact for ourselves, and thus assume the duties of the court of first instance.

The decree is reversed and the injunction dissolved, with directions to the court to vacate the appointment of the receiver, and compel an immediate accounting by him. The case may then proceed in the regular way to final hearing.